IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSUMER WATCHDOG, individually and on behalf of the general public,**<br><br>　　　　　　**Plaintiff**,<br><br>　　v.<br><br>**ZOOM VIDEO COMMUNICATIONS, INC.**<br><br>　　　　　　**Defendant**. | Case No: 1:20-cv-02526-JEB |

# FURTHER JOINT STATUS REPORT

　　Pursuant to the Court's Minute Order of December 7, 2020, Plaintiff Consumer Watchdog ("Plaintiff") and Defendant Zoom Video Communications, Inc. ("Defendant") (collectively, "Parties"), by and through their respective attorneys, submit the following Joint Status Report.

　　1.　　Since filing their last Joint Status Report, the Parties have continued their settlement discussions and have reached an agreement in principle on the key terms of a settlement of this matter. The Parties are currently in the process of negotiating the ancillary terms of the agreement and drafting the settlement papers.

　　2.　　In the interim, the Parties jointly request to remain stayed (both the case and any applicable deadlines) and agree to file a further joint status report on or before July 30, 2021 to update the Court on the status of settlement and the continued propriety of the stay.

Respectfully submitted,

| CONSUMER WATCHDOG, | ZOOM VIDEO COMMUNICATIONS, INC., |
|---|---|
| By: */s/ Ari Scharg* | By: */s/ Kathleen Hartnett* |
| Ari J. Scharg (*pro hac vice*) | Kathleen Hartnett (DC Bar #483250) |
| ascharg@edelson.com | khartnett@cooley.com |

| | |
|---|---|
| Jay Edelson (*pro hac vice*) | Michael G. Rhodes (*pro hac vice*) |
| EDELSON PC | Aarti Reddy (*pro hac vice*) |
| 350 N. LaSalle St., 14th Floor | COOLEY LLP |
| Chicago, IL 60654 | 3 Embarcadero Center, 20th Floor |
| jedelson@edelson.com | San Francisco, CA 94111 |
| | Tel: 415-693-2000 |
| Harvey Rosenfield (DC Bar #295915) | Fax: 415-693-2222 |
| CONSUMER WATCHDOG | rhodesmg@cooley.com |
| 413 E Capitol St., SE, First Floor | areddy@cooley.com |
| Washington, D.C. 20003 | |
| harvey@consumerwatchdog.org | Travis LeBlanc (DC Bar #496844) |
| | Charles Wood (DC Bar #1027028) |
| Jerry Flanagan (*pro hac vice*) | COOLEY LLP |
| Benjamin Powell (*pro hac vice*) | 1299 Pennsylvania Avenue NW |
| CONSUMER WATCHDOG | Suite 700 |
| 6330 San Vicente Blvd., Suite 250 | Washington, DC 20004-2400 |
| Los Angeles, CA 90048 | Tel: 202-842-7800 |
| jerry@consumerwatchdog.org | Fax: 202-842-7899 |
| ben@consumerwatchdog.org | tleblanc@cooley.com |
| | cwood@cooley.com |
| Dated: June 28, 2021 | Dated: June 28, 2021 |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of June, 2021, I electronically filed the foregoing Notice via the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record.

<div style="text-align: right;">*/s/ Kathleen Hartnett*</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CONSUMER WATCHDOG, individually and on behalf of the general public,**

    **Plaintiff**,

v.

**ZOOM VIDEO COMMUNICATIONS, INC.**

    **Defendant**.

Case No: 1:20-cv-02526-JEB

## [Proposed] ORDER

THIS MATTER is before the Court on a Joint Status Report (the "Report").

UPON CONSIDERATION WHEREOF, and the entire record herein, and for good cause shown, it is hereby

ORDERED and ADJUDICATED that stay in this Action (both the case and any applicable deadlines) is continued per the Parties request in the Report, and Defendant's deadline to answer or otherwise respond to the Complaint remains as thirty days after the stay is lifted;

IT IS FURTHER ORDERED that the Parties shall file a Joint Report on or before July 30, 2021.

SO ORDERED this _____day of June 2021.

                                                            Honorable James E. Boasberg
                                                            U.S. District Court Judge

Please notify counsel upon entry of this order.

<div style="column-count:2">

Harvey Rosenfield
CONSUMER WATCHDOG
413 E Capitol St., SE, First Floor
Washington, D.C. 20003
harvey@consumerwatchdog.org

Jerry Flanagan
Benjamin Powell
CONSUMER WATCHDOG
6330 San Vicente Blvd., Suite 250
Los Angeles, CA 90048
jerry@consumerwatchdog.org
ben@consumerwatchdog.org

Jay Edelson
Ari J. Scharg
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, IL 60654
jedelson@edelson.com
ascharg@edelson.com
tbenjamin@edelson.com

*Counsel for Plaintiff Consumer Watchdog*

Michael G. Rhodes
Kathleen Hartnett
Aarti Reddy
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel: 415-693-2000
Fax: 415-693-2222
rhodesmg@cooley.com
khartnett@cooley.com
areddy@cooley.com

Travis LeBlanc
Charles Wood
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Tel: 202-842-7800
Fax: 202-842-7899
tleblanc@cooley.com

*Counsel for Defendant Zoom Video Communications, Inc.*

</div>

252879943